## Ludmilla Stapel, Appellant, v. Julius Kanwischer et al., Appellees.

### Gen. No. 43,454.

opinion filed February 14, 1946; rehearing denied March 7, 1946; released for publication March 8, 1946. Madden, Meccia & Meyer, for appellant; Edward D. Feinberg, of counsel; Frank P. Zaleski, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.